# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID L. SMITH, and SAMUEL DUNCAN, | ) <br> ) <br> ) |
| Plaintiffs, | ) Civil Action Number: <br> ) 1:16-cv-01758-MHC <br> ) |
| v. | ) <br> ) |
| | ) Jury Trial Demanded |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA D/B/A GEORGIA STATE UNIVERSITY, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs David L. Smith and Samuel Duncan and Defendant Board of Regents of the University of Georgia d/b/a Georgia State University, through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party to bear its own costs and fees.

Respectfully submitted: July 22, 2016.

**On Behalf of Plaintiffs:**

MARTIN & MARTIN, LLP

By: /s/Kimberly N. Martin
Kimberly N. Martin
kimberlymartinlaw@gmail.com
Georgia Bar No. 473410
Thomas F. Martin
tfmartinlaw@msn.com
Georgia Bar No. 482595

MARTIN & MARTIN, LLP
Post Office Box 1070
Tucker, Georgia 30085
(404) 313-5538 / (770) 837–2678 Fax

On Behalf of Defendant:

By: /s/Annette M. Cowart
Annette M. Cowart
acowart@law.ga.gov
Ga. Bar No. 191199
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404)656-3380
(404)657-9932